**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO DIVISION

10

11

12   JOHN R. WILSON,                           No. C 12-03500 RS

13                 Plaintiff,
         v.                                    **ORDER ADOPTING REPORT AND
14                                             RECOMMENDATION TO REMAND
                                               ACTION**
15   BANK OF AMERICA, NA, et al.,

16                 Defendants.
     _____/

17

18        Appearing *in pro* se, plaintiff John R. Wilson initiated this action in Alameda Superior

19   Court, alleging that defendants engaged in deceptive mortgage practices in violation of the federal

20   Truth in Lending Act, 15 U.S.C. §§1601 et seq., the Home Owner's Loan Act, 12 U.S.C. § 1461 et

21   seq., California Business and Professions Code §§ 17200 et seq., and various state laws. Wilson

22   thereafter filed a notice of removal to this court, where the matter was randomly assigned to a

23   magistrate judge. The magistrate judge issued a Report and Recommendation that the matter be

24   remanded to Alameda Superior Court, on grounds that a plaintiff has no right to remove. The matter

25   was then reassigned to the undersigned for disposition.

26        The time for objecting to the Report and Recommendation has expired and no objections

27   have been filed.  For the reasons explained in the Report and Recommendation, the removal was

28

1   improper.   Accordingly, the Court adopts the Report and Recommendation and this action is hereby

2   remanded to Alameda Superior Court.

3

4   IT IS SO ORDERED.

5

6   Dated:  8/1/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

2  **THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

3

4  John R. Wilson
   28833 Bailey Ranch Rd
5  Hayward, CA 94542

6

7

8  DATED:  8/1/12

9

10                                              /s/ Chambers Staff

11                                              Chambers of Judge Richard Seeborg

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28