**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7            IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                  SAN FRANCISCO DIVISION
10
11
12   JOHN R. WILSON,                          No. C 12-03500 RS

13              Plaintiff,
        v.                                    **ORDER ADOPTING REPORT AND**
                                              **RECOMMENDATION TO REMAND**
14                                            **ACTION**

15   BANK OF AMERICA, NA, et al.,

16              Defendants.
     _____/
17

18        Appearing *in pro* se, plaintiff John R. Wilson initiated this action in Alameda Superior

19   Court, alleging that defendants engaged in deceptive mortgage practices in violation of the federal

20   Truth in Lending Act, 15 U.S.C. §§1601 et seq., the Home Owner's Loan Act, 12 U.S.C. § 1461 et

21   seq., California Business and Professions Code §§ 17200 et seq., and various state laws. Wilson

22   thereafter filed a notice of removal to this court, where the matter was randomly assigned to a

23   magistrate judge. The magistrate judge issued a Report and Recommendation that the matter be

24   remanded to Alameda Superior Court, on grounds that a plaintiff has no right to remove. The matter

25   was then reassigned to the undersigned for disposition.

26        The time for objecting to the Report and Recommendation has expired and no objections

27   have been filed.  For the reasons explained in the Report and Recommendation, the removal was

28

improper.   Accordingly, the Court adopts the Report and Recommendation and this action is hereby remanded to Alameda Superior Court.

IT IS SO ORDERED.

Dated:  8/1/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

John R. Wilson
28833 Bailey Ranch Rd
Hayward, CA 94542

DATED:  8/1/12

/s/ Chambers Staff
_____

Chambers of Judge Richard Seeborg